**Order entered August 21, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00221-CR
No. 05-13-00222-CR
No. 05-13-00240-CR
No. 05-13-00251-CR

**VICTOR JOEL SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-41419-K, F06-45426-K, F06-45427-K, F12-71456-K**

## ORDER

Appellant has appealed the trial court's judgments of convictions in the above cases. The appeals in cause nos. 05-13-00221-CR, 05-13-00222-CR, and 05-13-00240-CR are from judgments adjudicating guilt that reflect a sentencing date of January 31, 2013. The appeal in cause no. 05-13-00251-CR is from the trial court's judgment following a jury trial and shows a sentencing date of January 30, 2013. The clerk's records have been filed in all of the cases, but the reporter's records have not been filed in any of the cases. On August 7, 2013, Janice Garrett filed a request for an extension of time to file the reporter's record. The request included the trial court number for cause no. 05-13-00251-CR, but had the wrong appellate number on it. The

extension request was filed in cause nos. 05-13-00221-CR, 05-13-00222-CR, and 05-13-00240-CR, but was not filed in cause no. 05-13-00251-CR.  It appears that all of these cases will share at least part of the reporter's record and should be on the same schedule for record and briefing purposes.

Accordingly, we **VACATE** the August 13, 2013 order granting Ms. Garrett an extension of time to file the reporter's record.  This is now the order of the Court.

We **DIRECT** the Clerk of this Court to designate these four cases as companion cases on the Court's case management system.

We **GRANT** Ms. Garrett's August 7 and 8, 2013 extension requests to the extent that we **ORDER** Ms. Garrett to file, within **FORTY-FIVE DAYS** of the date of this order, the complete reporter's records for all four of these cases, including:  (1) original plea proceedings; (2) any intervening hearings; (3) the jury trial; (4) the adjudication hearing; and (5) all exhibits admitted into evidence at each of these proceedings.  Because the records for these appeals are already more than two months overdue, no further extensions will be granted absent a showing of extraordinary circumstances.  If the complete reporter's records for all of the cases are not filed within the time specified, we will order the trial court to make findings in accordance with the Texas Rules of Appellate Procedure.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Janice Garrett, official court reporter, Criminal District Court No. 4, and to counsel for all parties.

/s/      DAVID EVANS
JUSTICE